IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARGARET REE WILLIAMS                                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO.5:12-CV-18-DCB-MTP

COMMISSIONER OF SOCIAL SECURITY,
CAROLYN W. COLVIN                                                                       DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court and that the Commissioner's Motion to Affirm [30] should be granted and Commissioner's Motion to Strike [33] should be denied.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court.

SO ORDERED this the   23rd    day of  August, 2013.


                              s/David Bramlette
                        UNITED STATES DISTRICT JUDGE